# United States District Court

__Middle__ DISTRICT OF __Alabama__

Eastern Division

Sherry Ann Bishop,
v.
Wellborn Forest Products,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07CV13-WKW

TO: (Name and address of defendant)

Wellborn Forest Products
2212 Airport Blvd.
Alexander City, AL 35010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin W. Jent

LAW OFFICES
WIGGINS ♦ CHILDS ♦ QUINN ♦ PANTAZIS
A PROFESSIONAL CORPORATION
THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_          _Jan. 3, 2007_
CLERK                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2-2-07 |
| NAME OF SERVER (PRINT) | TITLE |
| Robert Sisson | Process server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Tammy Walker
2212 Airport Blvd, Alexander City AL.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-2-07
            Date

Signature of Server
3720 4th Av. South
B'ham AL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.