## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **SHERRY ANN BISHOP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **3:07CV13-WKW** |
| ) | |
| **WELLBORN FOREST PRODUCTS,** ) | |
| ) | |
| **Defendant.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rules of the Middle District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Wellborn Forest Products, ("Wellborn") defendant in the above-captioned action, certifies that:

1. Wellborn is a Delaware corporation.

2. Wellborn has no parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Respectfully submitted,

s/ Alysonne Hatfield
J. Richard Carrigan
Alysonne O. Hatfield
**Ogletree, Deakins, Nash, Smoak & Stewart**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
(205) 328-1900
(205) 328-6000
Email: Richard.Carrigan@odnss.com
Email: Alysonne.Hatfield@odnss.com
Attorneys for Defendant Wellborn Forest Products

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Greg Wiggins gwiggins@wcqp.com and Kevin Jent at kjent@wcqp.com.

                                        s/ Alysonne Hatfield
                                        Alysonne O. Hatfield
                                        **Ogletree, Deakins, Nash, Smoak & Stewart**
                                        One Federal Place, Suite 1000
                                        1819 Fifth Avenue North
                                        Birmingham, Alabama 35203-2118
                                        (205) 328-1900
                                        (205) 328-6000
                                        Email: Alysonne.Hatfield@odnss.com