IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHERRY ANN BISHOP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:07-cv-13- WKW |
| v. | ) |
| | ) |
| WELLBORN FOREST PRODUCTS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

In light of the parties' oral notice that they have reached an agreement to settle this matter, it is ORDERED that the parties shall file their joint stipulation of dismissal **on or before November 16, 2007.**

DONE this 6th day of November, 2007.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE