IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHERRY ANN BISHOP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: ) 3:07CV13-WKW ) |
| WELLBORN FOREST PRODUCTS, | ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Sherry Ann Bishop and Defendant Wellborn Forest Products and respectfully move this Court for the entry of an order dismissing all claims against Wellborn Forest Products with prejudice. As grounds therefore, Bishop and Wellborn Forest Products state that the claims against Defendant have been resolved to the satisfaction of it and Plaintiff.

_/s/ Alysonne Hatfield_
J. Richard Carrigan
Alysonne O. Hatfield
**Ogletree, Deakins, Nash,
Smoak & Stewart**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
(205) 328-1900
(205) 328-6000
Email: Richard.Carrigan@odnss.com
Email: Alysonne.Hatfield@odnss.com
Attorneys for Defendant Wellborn Forest Products

_/s/ Gregory O. Wiggins_
Gregory O. Wiggins
Kevin Jent
**Wiggins, Childs, Quinn
& Pantazis**
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500
Email: GOW@wcqp.com
Email: KWJ@wcqp.com
Attorneys for Plaintiff Sherry Bishop

5320661.1